**DISMISS and Opinion Filed November 24, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01350-CV

**HARSHAL S. PATEL, Appellant**
**V.**
**PLAINSCAPITAL BANK, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14216**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

Before the Court is appellant's motion for an extension of time to file a notice of appeal. If an appellant timely files a motion for new trial, the notice of appeal is due ninety days after the date the judgment is signed. *See* TEX. R. APP. P. 26.1(a). An extension of time may be granted if an appellant files a notice of appeal within fifteen days of the deadline and then files a motion complying with rule of appellate procedure 10.5(b). *See* TEX. R. APP. P. 26.3. Without a timely filed notice of appeal, this Court lacks jurisdiction. *See* TEX. R. APP. P. 25.1(b).

The judgment was signed on July 15, 2015. Appellant filed a timely motion for new trial, making the notice of appeal due on October 13, 2015. *See* TEX. R. APP. P. 26.1(a). Appellant filed his notice of appeal on November 3, 2015. The notice of appeal was untimely filed and outside of the period of time for obtaining an extension. Accordingly, we deny appellant's

motion for an extension of time to file a notice of appeal and dismiss the appeal for want of jurisdiction. Tex. R. App. P. 42.3(a).


151350F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

HARSHAL S. PATEL, Appellant

No. 05-15-01350-CV          V.

PLAINSCAPITAL BANK, Appellee

On Appeal from the 134th Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DC-13-14216.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee PLAINSCAPITAL BANK recover its costs of this appeal from appellant HARSHAL S. PATEL.

Judgment entered November 24, 2015.